**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-10370** |
| **Kia Jeneene Letitia Johnson-Thomas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as Trustee of LSF10 Master** | : | **March 12, 2025 at 11:00 a.m.** |
| **Participation Trust** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| **vs** | : | **900 Market Street, Suite 400, Courtroom #4** |
| | : | **Philadelphia, PA, 19107** |
| **Kia Jeneene Letitia Johnson-Thomas** | : | |
| **Scott F. Waterman** | | |
| **Respondents.** | | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 8610 PATTON RD, GLENSIDE, PA 19038**

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ("Creditor") regarding the real property located at 8610 Patton Rd, Glenside, PA 19038.

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its

25-002415_EJS1

successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(4) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Creditor on its claim under the Chapter 13 Plan filed by the Debtor(s).  Should Creditor seek to file any unsecured deficiency claim, Creditor shall do so no later than 90 days after this Order is entered.  If the Property has not been sold, the deficiency claim is to be estimated.

Date: _____          _____
                                       Judge Ashely M. Chan
                                       United States Bankruptcy Judge

**SUBMITTED BY**:

 /s/Stephen R. Franks
Stephen R. Franks (333394)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@mdklegal.com

CC:
   Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

25-002415_EJS1

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606, ECFMail@ReadingCh13.com (notified by ecf)

BRAD J. SADEK, Attorney for Debtor, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA  19102, brad@sadeklaw.com (notified by ecf)

Kia Jeneene Letitia Johnson-Thomas, Debtor, 8610 Patton Road, Glenside, PA  19038 (notified by regular US Mail)

BCWSA, Party of Interest, 1275 Almshouse Road, Warrington, PA  18976 (notified by regular US Mail)

Bucks County Water Sewer Authority, Party of Interest, PO Box 3333, Harleysville, PA  19438 (notified by regular US Mail)

Springfield Township, Party of Interest, 1510 Paper Mill Road, Glenside, PA  19038 (notified by regular US Mail)

25-002415_EJS1