**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 24-10370** |
| **Kia Jeneene Letitia Johnson-Thomas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Related Document #35, 39, & 46** |
| **not in its individual capacity, but solely** | : | |
| **as Trustee of LSF10 Master** | : | |
| **Participation Trust** | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Kia Jeneene Letitia Johnson-Thomas** | : | |
| **Scott F. Waterman** | | |
| Respondents. | | |

## CERTIFICATE OF DEFAULT

Now comes U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust, its successor and assigns (hereinafter, "Creditor") by and through counsel, and certifies to this Court that Kia Jeneene Letitia Johnson-Thomas ("Debtor") has failed to comply with the Order approving the stipulation dated April 11, 2025, a copy of which is attached hereto as Exhibit A, by failing to make timely payments in accordance with the stipulation.  Pursuant to the Order, the automatic stay will terminate upon the filing of the Certificate of Default.

Creditor hereby avers that Debtors are delinquent for the January 1, 2026 payment and for all arrears that were due thereafter.  Further, pursuant to the terms of the stipulation, Creditor provided Debtors and their Counsel with a Notice of Default on March 5, 2026, allowing Debtors ten (10) days to cure this default.  A copy of said default letter is attached hereto as Exhibit B.  Ten (10) days have passed and the default has not been cured.

25-002415_SJW

WHEREFORE, upon the filing of the Certificate of Default, Creditor requests that the

Court enter an order terminating the automatic stay.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-002415_SJW

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 24-10370** |
| **Kia Jeneene Letitia Johnson-Thomas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **April 9, 2025 at 11:00 a.m.** |
| **as Trustee of LSF10 Master Participation** | : | |
| **Trust** | : | **Place of Hearing** |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #4** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Kia Jeneene Letitia Johnson-Thomas** | : | |
| **Scott F. Waterman** | | **Related Document # 35** |
| **Respondents.** | | |

**ORDER OF COURT**

AND NOW, to wit, this __11th__ day of __April_____, 2025, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.      Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

BRAD J. SADEK, Attorney for Debtor, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102, brad@sadeklaw.com (notified by ecf)

Kia Jeneene Letitia Johnson-Thomas, Debtor, 8610 Patton Road, Glenside, PA 19038 (notified by regular US Mail)

BCWSA, Party of Interest, 1275 Almshouse Road, Warrington, PA 18976 (notified by regular US Mail)

BCWSA, Party of Interest, 1275 Almshouse Road, Warrington, PA 18976 (notified by regular US Mail)

Bucks County Water Sewer Authority, Party of Interest, PO Box 3333, Harleysville, PA 19438 (notified by regular US Mail)

Bucks County Water Sewer Authority, Party of Interest, PO Box 3333, Harleysville, PA 19438 (notified by regular US Mail)

Bucks County Water Sewer Authority, Party of Interest, PO Box 3333, Harleysville, PA 19438 (notified by regular US Mail)

Springfield Township, Party of Interest, 1510 Paper Mill Road, Glenside, PA 19038 (notified by regular US Mail)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 24-10370** |
| **Kia Jeneene Letitia Johnson-Thomas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **U.S. Bank Trust National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **April 9, 2025 at 11:00 a.m.** |
| **as Trustee of LSF10 Master Participation** | : | |
| **Trust** | : | **Place of Hearing** |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #4** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Kia Jeneene Letitia Johnson-Thomas** | : | |
| **Scott F. Waterman** | | **Related Document # 35** |
| **Respondents.** | | |

<u>**STIPULATION FOR SETTLEMENT OF CREDITOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF10 MASTER PARTICIPATION TRUST MOTION FOR RELIEF FROM AUTOMATIC STAY FOR PROPERTY LOCATED AT 8610 PATTON RD, GLENSIDE, PA 19038 (DOCKET # 35)**</u>

This matter coming to be heard on the *Motion for Relief from Stay* (Dkt. #35) which was filed in this court by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust ("Movant"), Movant and Kia Jeneene Letitia Johnson-Thomas by and through counsel ("Debtor"), have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant; and Parties stipulate to the following and request a Court order confirming the same:

1.  The Parties agree that the Chapter 13 Plan ("Plan") filed herein on behalf of Debtor provided that said Debtor was to make regular monthly mortgage payments to Movant outside of the Plan in a regular monthly fashion.

2.  The Parties agree that in breach of said Plan, Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of December 2024 through March 2025, incurring a total post-petition arrearage of $7,554.67, which consists of 3 post-petition payments for December 1, 2024 through February 1, 2025 at $1,490.20 each, 1 post-petition payments for March 1, 2025 through March 1, 2025 at $1,535.07 each, and attorney fees and costs of $1,549.00. There is $1,092.96 in suspense, which reduces the total post-petition arrearage to $6,461.71.

3.  Debtor shall submit ongoing monthly mortgage payments directly to the Creditor starting with the April 2025 post-petition payment.

4.   Debtor shall file a modified Chapter 13 Plan wherein the post-petition arrearage for the months of December 2024 through March 2025 is included in the Plan. Debtor shall file the Motion to Modify Chapter 13 Plan within thirty (30) days of the Court Order approving this stipulation.

5.   Payments shall be sent to:

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

6.   Upon completion of the repayment schedule listed above or tender of sufficient funds to bring the loan post-petition current, Debtor must continue to make timely post-petition mortgage payments directly to Movant in a regular monthly fashion.

7.   The following are events of default under this Stipulation:

a.   Debtor's failure to file a Modified Chapter 13 Plan within 30 days of the Court Order approving this stipulation;

b.   Debtor's failure to remit any future monthly mortgage payment on or before the date on which it is due;

8.   In the event of a Default, Movant shall send a Notice specifying the Default, to Debtor and Debtor's counsel ("Notice"), allowing Debtor ten (10) days to cure the Default ("Cure Opportunity"). If the Default is not cured, Movant shall file a Certification of Default with the Court.  The automatic stay shall be terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property upon the Court's entry of an Order granting Movant's Certification of Default.

9.   If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

10.   This Stipulation remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates their case by order of the Court and/or the Movant obtains relief from stay and the stay is subsequently reinstated by order of the Court.

11.   If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

MDK LEGAL


Dated: __03/27/2025_____     BY: _/s/Stephen R. Franks_____
                                   Stephen R. Franks (333394)

MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
Email: srfranks@mdklegal.com
Attorney for Creditor

Dated:  3/27/25

BY: /s/Brad J. Sadek (via email consent)
Brad J. Sadek
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email:  brad@sadeklaw.com
Attorney for Debtor

I do not object to the foregoing Stipulation

/s/Ann E. Swartz (via email consent 4/1/25)      *for*
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606

EXHIBIT B

 **MDK**



**P.O. BOX 165028**
**COLUMBUS, OH 43216**
**P 614-220-5611 | F 614-220-5613**

March 5, 2026

BRAD J. SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA  19102

Re:     U.S. Bank Trust National Association, not in its individual capacity, but solely as
        Trustee of LSF10 Master Participation Trust v.
        Kia Jeneene Letitia Johnson-Thomas
        Case No. 24-10370
        Our File No. 25-002415

Dear BRAD J. SADEK:

Please be advised that your client, Kia Jeneene Letitia Johnson-Thomas, has failed to comply with the Agreed Order entered into on April 11, 2025 on behalf of the above referenced Debtor.

The Debtor is currently behind as follows:

|  | Amount | # of Pmts Behind | Total |
|---|---|---|---|
| Regular Mortgage Payments for January 2026 - February 2026 | $1,535.07 | 2 | $3,070.14 |
| Regular Mortgage Payments for March 2026 | $1,617.30 | 1 | $1,617.30 |
| Attorney Fees for this Default Letter | $100.00 |  | $100.00 |
| Less Suspense | -$0.95 |  | -$0.95 |
| **TOTAL:** |  |  | **$4,786.49** |

Please note that this letter serves as a Notice of Default and opportunity to cure the arrearage stated above.  **Your clients will have ten (10) days from the date of receipt of this letter in which to remit the funds listed above.  If no response is received within ten (10) days, the Stay will automatically terminate without further notice or motion, upon the filing of a Certification of Default.**

**Funds must be remitted directly to the creditor.  If sending payment by mail, the creditor's address can be found in the Proof of Claim. Do not remit funds to Creditor's counsel.**

25-002415_SJW

Should you have any questions regarding this matter, please do not hesitate to contact me at 614-220-5611.

Very truly yours,
Adam B. Hall

CC:   Kia Jeneene Letitia Johnson-Thomas
      8610 Patton Road
      Glenside, PA  19038

      Kia Jeneene Letitia Johnson-Thomas
      8610 Patton Rd
      Glenside, PA  19038

25-002415_SJW

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: :
                                                    : **Case No.: 24-10370**
**Kia Jeneene Letitia Johnson-Thomas** : **Chapter 13**
                                                    : **Judge Ashely M. Chan**
                          **Debtor(s)** : * * * * * * * * * * * * * * * * * * * *
                                                    :
**U.S. Bank Trust National Association,** :
**not in its individual capacity, but solely** :
**as Trustee of LSF10 Master** :
**Participation Trust** :
                          **Movant,** :
                                                    :
      **vs** :
                                                    :
                                                    :
**Kia Jeneene Letitia Johnson-Thomas** :
**Scott F. Waterman**

                     **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of Default was filed

electronically. Notice of this filing will be sent to the following parties through the Court's

Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

BRAD J. SADEK, Attorney for Kia Jeneene Letitia Johnson-Thomas, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Kia Jeneene Letitia Johnson-Thomas, 8610 Patton Road, Glenside, PA 19038

BCWSA, 1275 Almshouse Road, Warrington, PA 18976

Bucks County Water Sewer Authority, PO Box 3333, Harleysville, PA 19438

25-002415_SJW

Springfield Township, 1510 Paper Mill Road, Glenside, PA  19038

/s/ Adam B. Hall

25-002415_SJW